HON. ROSANNA MALOUF PETERSON

Jerry J. Moberg and James E. Baker
Moberg Rathbone Kearns, P.S.
124 3rd Avenue S.W. – P.O. Box 130
Ephrata, WA 98823
jmoberg@mrklawgroup.com
jbaker@mrklawgroups.com
Phone: (509) 754-2356
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAINA BLEDSOE, A SINGLE WOMAN,<br><br>Plaintiff,<br><br>v.<br><br>FERRY COUNTY, WASHINGTON et al.,<br><br>Defendants. | No. 2:19-CV-00227 RMP<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF AND DECLARATION OF COUNSEL FOR DEFENDANTS**<br><br>**05/18/2020**<br>**Without Oral Argument** |

## MOTION

COME NOW Defendants, by and through counsel, and move the Court for an order granting leave for Defendants to file an over-length brief not to exceed 25 pages in connection with Defendants' Motion for Summary Judgment. This motion

\\PROLAWSVR\lawdata\Documents\Ferry County\Bledsoe v. Ferry County\Pleadings - Misc\583123.doc

DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF AND DECLARATION OF COUNSEL FOR DEFENDANTS
Page 1 of 4
No. 2:19-cv-00227-RMP

MOBERG RATHBONE KEARNS
P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

is based upon LCivR 7(f)(5), the annexed declaration of counsel for Defendants and the files and records.

DATED this 16th day of April, 2020.

MOBERG RATHBONE KEARNS, P.S.

*s/ James E. Baker*
JAMES E. BAKER, WSBA No. 9459
Attorneys for Defendants

## DECLARATION

The undersigned states:

1. I am one of the lawyers for Defendants, I am competent to testify and I make these statements on personal knowledge.

2. Defendants are currently preparing Defendants' Motion for Summary Judgment to address all of Plaintiffs' claims. The deadline for filing dispositive motions is Aug. 14, 2020.

3. LCivR 7(f)(1) provides that a dispositive motion shall not exceed 20 pages. LCivR 7(f)(5) provides that these page limits may only be exceeded by obtaining prior approval of the Court.

4. Plaintiff's Complaint is 14 pages and 71 paragraphs. (ECF 1.) The Complaint alleges three causes of action: (1) violation of the First Amendment under 42 U.S.C. § 1983, (2) retaliatory prosecution and (3) malicious prosecution.

\\PROLAWSVR\lawdata\Documents\Ferry County\Bledsoe v. Ferry County\Pleadings - Misc\583123.doc

DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH
BRIEF AND DECLARATION OF COUNSEL FOR DEFENDANTS
Page 2 of 4
No. 2:19-cv-00227-RMP



P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

5. Defendants need to address all three of Plaintiff's claims. Defendants also need to address non-liability under *Monell v. New York Dep't of Social Servs.,* 436 U.S. 658 (1978) and qualified immunity under *Ashcroft v. Iqbal,* 556 U.S. 662 (2009).

6. The current draft of Defendants' Motion for Summary Judgment exceeds 38 pages. Counsel is diligently attempting to shorten the length of the brief. However, it is concluded that an over-length brief of up to 25 pages is required to properly address Plaintiff's claims and Defendants' defenses.

7. On April 16, 2020, I contacted the office of counsel for Plaintiffs to inquire whether there was an objection to an over-length brief of 25 pages. I spoke to Breean L. Beggs, who told me that Plaintiff has no objection.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 16th day of April, 2020 at Ephrata, WA.

       *s/ James E. Baker*_____
       JAMES E. BAKER, WSBA No. 9459
       Attorneys for Defendants

\\PROLAWSVR\lawdata\Documents\Ferry County\Bledsoe v. Ferry County\Pleadings - Misc\583123.doc

DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH
BRIEF AND DECLARATION OF COUNSEL FOR DEFENDANTS
Page 3 of 4
No. 2:19-cv-00227-RMP



P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and the Clerk will send notification to:

Andrew S. Biviano
abiviano@pt-law.com

Breean L. Beggs
bbeggs@pt-law.com

Mary Elizabeth Dillon
bdillon@pt-law.com

DATED this 16th day of April, 2020 at Ephrata, WA.

        MOBERG RATHBONE KEARNS, P.S.

        *s/ Cinthia Piedra*_____
        CINTHIA PIEDRA, PARALEGAL

\\PROLAWSVR\lawdata\Documents\Ferry County\Bledsoe v. Ferry County\Pleadings - Misc\583123.doc

DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH
BRIEF AND DECLARATION OF COUNSEL FOR DEFENDANTS
Page 4 of 4
No. 2:19-cv-00227-RMP



P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202