AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2020

SEAN F. McAVOY, CLERK

JAINA BLEDSOE, a single woman,

    *Plaintiff*

v.

FERRY COUNTY, WASHINGTON; MICHAEL BLANKENSHIP, in his personal, representative, and professional capacity; NATHAN DAVIS, in his personal, representative, and professional capacity; and AMANDA ROWTON, in her personal, representative, and professional capacity,

    *Defendant*

Civil Action No. 2:19-CV-227-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Plaintiff's Motion for Summary Judgment, ECF No. 28, is GRANTED IN PART.
a. There is a genuine issue of fact as to whether Ferry County is liable for Plaintiff's § 1983 claim for retaliatory prosecution.
b. There is a genuine issue of fact as to whether Clerk Rowton is individually liable for Plaintiff's § 1983 claims.
Defendant's Motion for Summary Judgment, ECF No. 32, is DENIED.
Judgment is entered in favor of the Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Rosanna Malouf Peterson _____ on a motion for summary judgment.

Date: October 30, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
    *(By) Deputy Clerk*
Sara Gore