FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: Eastern District of Washington

U.S. District Court case number: 2:19-cv-00227-RMP

Date case was first filed in U.S. District Court: 07/02/2019

Date of judgment or order you are appealing: 10/30/2020 - entered 11/02/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(•) Yes   ( ) No   ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendants Ferry County, Michael Blankenship, Nathan Davis and Amanda Rowton

Is this a cross-appeal? ( ) Yes   (•) No

If Yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ( ) Yes   (•) No

If Yes, what is the prior appeal case number? N/A

Your mailing address:

P.O. Box 130

124 3rd Avenue S.W.

City: Ephrata   State: WA   Zip Code: 98823

Prisoner Inmate or A Number (if applicable):

Signature: s/ Jerrry J. Moberg, WSBA No. 5282   Date: 11/25/2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018