**HON. ROSANNA MALOUF PETERSON**

Jerry J. Moberg and James E. Baker
Moberg Rathbone Kearns, P.S.
124 3rd Avenue S.W. – P.O. Box 130
Ephrata, WA 98823
jmoberg@mrklawgroup.com
jbaker@mrklawgroup.com
Phone: (509) 754-2356
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAINA BLEDSOE, A SINGLE WOMAN,<br><br>Plaintiff,<br><br>v.<br><br>FERRY COUNTY, WASHINGTON et al.,<br><br>Defendants. | No. 2:19-CV-00227 RMP<br><br>**JOINT STATUS REPORT** |

COME NOW Plaintiff and Defendants in the above referenced matter who are represented by the undersigned counsel, and submit the following joint status report.

The parties engaged in an all-day private mediation on December 10, 2020 the parties appear to have reached a settlement between all parties and are awaiting receipt of the check which was mailed yesterday via federal express. Plaintiff is

JOINT STATUS REPORT RE: PRIVATE MEDIATION
*Bledsoe v Ferry County, et al* - 1
No. 2:19-CV-00227 RMP

awaiting receipt of the check before the parties file a stipulated order of dismissal with prejudice no later than Friday January 8, 2021.

Submitted this 5th day of January 2021.

| PAUKERT & TROPPMANN, PLLC | Moberg Rathbone Kearns, P.S. |
|---|---|
| */s/ Andrew Biviano* | */s/* |
| Andrew Biviano, WSBA No. 38086<br>Attorney for Plaintiff | Jerry Moberg WSBA # 5282<br>Attorneys for Ferry County and<br>Individual Defendants |

JOINT STATUS REPORT RE: PRIVATE MEDIATION
*Bledsoe v Ferry County, et al* - 2
No. 2:19-CV-00227 RMP

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and the Clerk will send notification to:

Andrew S. Biviano
abiviano@pt-law.com

Breean L. Beggs
bbeggs@pt-law.com

Mary Elizabeth Dillon
bdillon@pt-law.com

DATED this 5th January 2021 at Ephrata, WA.

      MOBERG RATHBONE KEARNS, P.S.

      *s/ Dawn Severin*
      DAWN SEVERIN, PARALEGAL

C:\Users\DawnSeverin\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\C2FQSWGQ\Bledsoe Status report-Final.docx

(PROPOSED) ORDER ON DEFENDANTS' MOTION
FOR LEAVE TO FILE OVER-LENGTH BRIEF -- Page 3 of 3

MOBERG RATHBONE KEARNS
P.O. Box 130 | 124 3rd AVE S.W.
Ephrata, WA 98823
(509) 754-2356 | Fax (509) 754-4202