HON. ROSANNA MALOUF PETERSON

Andrew S. Biviano, WSBA #38086
Breean L. Beggs, WSBA #20795
Mary Elizabeth Dillon, WSBA #50727
PAUKERT & TROPPMANN, PLLC
522 W. Riverside Ave, Suite 560
Spokane, WA 99201
509-232-6670

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAINA BLEDSOE, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>FERRY COUNTY, WASHINGTON, et al.,<br><br>Defendants. | NO. 2:19-cv-00227 RMP<br><br>STIPULATION OF DISMISSAL |

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal of this action with prejudice.

Respectfully submitted this 6th day of January, 2021.

/s/ Andrew S. Biviano
Andrew S. Biviano , WSBA 38086
Mary Elizabeth Dillon, WSBA 50727
Breean L. Beggs, WSBA 20795
Attorneys for Plaintiff

/s/ Jerry Moberg
Jerry Moberg, WSBA 5282
James E. Baker, WSBA 9459
Mary M. Rathbone, WSBA 55035
Attorneys for Defendants

STIPULATED MOTION TO DISMISS • Page 1

PAUKERT & TROPPMANN, PLLC
Attorneys At Law
522 W. Riverside, Suite 560
Spokane, WA 99201
Telephone (509) 232-7760

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2021, I electronically filed and served a copy of this document using the CM/ECF filing system which will send notification of such filing to the following:

    Jerry J. Moberg                                jmoberg@jmlawps.com
    Jerry Moberg & Associates, P.S.
    P.O. Box 130 – 124 3rd Avenue S.W.
    Ephrata, WA 98823

    James E. Baker                                  jbaker@jmlawps.com
    Jerry Moberg & Associates, P.S.
    P.O. Box 130 – 124 3rd Avenue S.W.
    Ephrata, WA 98823

    Mary M. Rathbone                            mrathbone@jmlawps.com
    Jerry Moberg & Associates, P.S.
    P.O. Box 130 – 124 3rd Avenue S.W.
    Ephrata, WA 98823

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                   */s/ Andrew S. Biviano*
                                                   Andrew S. Biviano

STIPULATED MOTION TO DISMISS • Page 2

PAUKERT & TROPPMANN, PLLC
Attorneys At Law
522 W. Riverside, Suite 560
Spokane, WA 99201
Telephone (509) 232-7760