FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAINA BLEDSOE, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>FERRY COUNTY, WASHINGTON et al.,<br><br>Defendants. | NO: 2:19-CV-227-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss, ECF No. 72. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in consideration of a settlement reached by the parties. The Court has reviewed the record and files herein and is fully informed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 72**, is **GRANTED**.

2. This matter is hereby **DISMISSED with prejudice**.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4.    All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 7, 2021.

                                      *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                   United States District Judge